FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 22 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Nancy Johnson
vs

4:13CV090 KGB

Valley Medical moorpark Lab. Clinic,
Valley Medical Hospital et al,

I have been a patient at Valley Medical Hospital since 1976 to 2008 when needed I was assigned to the moorpark Clinic Approx 2000 blood test were orderd by my primary Care taker Dr. Ginger Rohinger at Moorpark Clinic and also ordered by Dr. Kevin Nuygen also of Moorpark Clinic the blood test orderd by both Doctors were done at Moorpark Clinic Lab located in San Jose, California, Phone 408-885-5000. I was told by both of the above mentioned Doctors that each blood test showed I was postive Hep-C I was shocked and so disappointed knowing my whole life would be changeing and it did from 2001 until I moved here LittleRock, Arkansas I have several blood draws from different hospitals, Clinics each test shows I dont have Hep-C or any blood dieases

The wrong information I recieved from Valley Medical Clinic, Lab. has caused me to go through emotional wirldwind, affected my and all personal relationships, how I had to enteract with my children and family and it put the chance of marriage out of the question, many sleepless nights countless tears yes I do feel justified in filing this claim

My Valley medical record number. 50457989 and yes I do have the copies from Valley medical and also the copie that shows I don't have the blood diease

Thank you
Nancy Johnson
1800 Broadway St. 1408, Little Rock, Arkansas, 72206, ph. 501-291-8858
the amount set at 5 million dollars
Date 2-20-13