IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NANCY JOHNSON                                                                                        PLAINTIFF

v.                                          Case No. 4:13-cv-090-KGB

VALLEY MEDICAL MOORPARK
LAB CLINIC and VALLEY
MEDICAL HOSPITAL                                                                                DEFENDANT

### ORDER

On February 21, 2013, plaintiff Nancy Johnson filed a *pro se* request for leave to proceed *in forma pauperis* (Dkt. No. 1). Ms. Johnson's *in forma pauperis* request is incomplete. Ms. Johnson checked the box stating she receives disability under Section 3(d) of the *in forma pauperis* application. Specifically she wrote-in "SSI" for Social Security Income. The *in forma pauperis* application states: "[i]f you answered 'Yes' to any questions above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future." Ms. Johnson failed to provide the Court with this information. Ms. Johnson also failed to check whether she receives income from any other sources. If Ms. Johnson wishes to pursue this action, she must submit, no later than 30 days after the entry of this Order, either the full $350.00 filing fee,[1] or a properly completed and signed application for leave to proceed *in forma pauperis*.

Additionally, the Court notes that Ms. Johnson fails to provide an address for defendants Valley Medical Moorpark Lab Clinic and Valley Medical Hospital. Accordingly, Ms. Johnson is directed to provide, no later than 30 days after the entry of this Order, an address at which each

---

[1] The Administrative Office of the Courts announced that effective May 1, 2013, the cost for filing a new civil case is $400. This fee does not apply to persons granted *in forma pauperis* under 28 U.S.C. § 1915.

defendant may be served. Ms. Johnson's failure to comply with this Order may result in the dismissal of her claims against defendants. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir.) (per curiam) (plaintiffs proceeding *in forma pauperis* are responsible for providing defendants' addresses), *cert. denied*, 510 U.S. 875 (1993); Federal Rule of Civil Procedure 4(m) ("[i]f a defendant is not served within 120 days after the complaint is filed the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant").

Pursuant to Local Rule 5.5 (c)(2), it is the duty of any party not represented by counsel to notify promptly the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. If any communication from the Court to a *pro se* plaintiff is not responded to within 30 days, the case may be dismissed without prejudice.

SO ORDERED this the 11th day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE