IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NANCY JOHNSON**                                                                           **PLAINTIFF**

**v.**                      **Case No. 4:13-cv-00090-KGB**

**VALLEY MEDICAL MOORPARK**
**LAB CLINIC and VALLEY**
**MEDICAL HOSPITAL**                                           **DEFENDANT**

## ORDER

On April 26, 2013, the Court granted plaintiff Nancy Johnson's motion to proceed *in forma pauperis* (Dkt. No. 7). In that Order, the Court directed Ms. Johnson to provide defendants' addresses. Ms. Johnson has complied with that Order and provided to the Court addresses for both defendants (Dkt. No. 8). Because Ms. Johnson has been granted leave to proceed *in forma pauperis*, the Clerk of Court is directed to prepare summons, and the U.S. Marshal for the Eastern District of Arkansas is directed to serve defendants with the summons and complaint. Fed. R. Civ. P. 4(c)(3). The Marshal is directed to serve the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure.

SO ORDERED this the 1st day of May, 2013.

*[signature: Kristine G. Baker]*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE